## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| **BRANDON ROONEY, individually and on behalf of others similarly situated,** | § § § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION NO.** |
| **vs.** | § | **4:18-CV-00534 JM** |
| | § | |
| **KIMBERLY-CLARK CORPORATION,** | § § | |
| | § | |
| **Defendant.** | § | |

## JOINT MOTION FOR ORDER APPROVING SETTLEMENT AND
## ENTRY OF FINAL JUDGMENT DISMISSING LAWSUIT WITH PREJUDICE

Plaintiff Brandon Rooney ("Plaintiff") and Defendant Kimberly-Clark Corporation ("Kimberly-Clark") (altogether, the "Parties") hereby jointly move for approval of the settlement reached between the Parties (the "Settlement"). The Parties further jointly move the Court for entry of final judgment dismissing this action in its entirety with prejudice.

Because the Settlement agreed to by the Parties is a fair and equitable compromise of a bona fide dispute, Defendants and Plaintiff request that the Court approve the Settlement and enter a final judgment dismissing the case, in its entirety, with prejudice, with each Party to bear its own costs except as otherwise provided for in the Settlement.

Dated:  May 31, 2019                          Respectfully submitted,


                                              /s/ Josh Sanford
                                              **Counsel for BRANDON ROONEY,**
                                              **Individually and on Behalf of All Others**
                                              **Similarly Situated, PLAINTIFF**

                                              SANFORD LAW FIRM, PLLC
                                              ONE FINANCIAL CENTER
                                              650 SOUTH SHACKLEFORD, SUITE 411
                                              LITTLE ROCK, ARKANSAS 72211
                                              TELEPHONE: (501) 221-0088
                                              FACSIMILE: (888) 787-2040

                                              Sean Short
                                              Ark. Bar No. 2015079
                                              sean@sanfordlawfirm.com

                                              Josh Sanford
                                              Ark. Bar No. 2001037
                                              josh@sanfordlawfirm.com


                                              /s/ Karl G. Nelson
                                              **Counsel for KIMBERLY-CLARK**
                                              **CORPORATION, DEFENDANT**

                                              Marshall S. Ney (ABA# 91108)
                                              Mike S. Moore (ABA# 82112)
                                              FRIDAY, ELDREDGE & CLARK, LLP
                                              400 W. Capitol Ave., Ste. 2000
                                              Little Rock, Arkansas 72201-3522
                                              Telephone: 501-370-1526
                                              Facsimile: 501-244-5348
                                              mney@fridayfirm.com
                                              mmoore@fridayfirm.com

                                              Karl G. Nelson
                                              Texas Bar No. 14900425
                                              GIBSON, DUNN & CRUTCHER LLP
                                              2100 McKinney Ave., Suite 1100
                                              Dallas, Texas 75201-6912
                                              Office: 214-698-3100
                                              Facsimile: 214-571-2900
                                              KNelson@gibsondunn.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing through the Court and notice was provided to all parties automatically and electronically.


*/s/ Karl G. Nelson*