UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| BRANDON ROONEY, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KIMBERLY-CLARK CORPORATION,<br><br>Defendant. | §§§§§§§§§§§§§<br><br>CIVIL ACTION NO.<br>4:18-CV-00534 JM |

## BRIEF IN SUPPORT OF JOINT MOTION FOR ORDER APPROVING SETTLEMENT

Plaintiff Brandon Rooney ("Plaintiff") and Defendant Kimberly-Clark Corporation ("Kimberly-Clark") (altogether, the "Parties") have moved for approval of the settlement reached between the Parties (the "Settlement"). In furtherance of this motion, the Parties jointly state the following:

1. Plaintiff filed this lawsuit on or about August 16, 2018 alleging that Kimberly-Clark had violated the Fair Labor Standards Act (the "FLSA") and the Arkansas Minimum Wage Act (the "AMWA") and seeking to pursue the case as a collective action under the FLSA and as a class action under the AMWA.

2. Defendant Kimberly-Clark denied and continues to deny that it has violated the FLSA or the AMWA or that Plaintiff is entitled to any additional compensation.

3. No other claimant has consented to join this matter, and on December 13, 2018 the Court denied Plaintiff's motion for conditional certification of a collective action under the FLSA.

4.  Settlement agreements resolving FLSA claims are typically subject to court approval. *Younger v. Centers for Youth & Families, Inc.*, 4:16-CV-00170-KGB, 2017 WL 1652561, at *1 (E.D. Ark. Apr. 27, 2017) (citations omitted). Before approving a settlement, courts must confirm that the parties are not negotiating around the FLSA's requirements and that the settlement represents a fair and reasonable resolution of a bona fide dispute. *Id*. (citations omitted).

5.  To avoid further litigation costs and uncertainty, the Parties have agreed to settle the claims in this lawsuit. The Parties have agreed to the Settlement, which will take effect upon the Court's approval.

6.  A copy of the Parties' Settlement is attached hereto as Exhibit 1. Each Party is represented by experienced and competent counsel and the Parties engaged in arms'-length negotiations in reaching the Settlement. In particular, counsel for the Parties have discussed at length Plaintiff's assertions and Kimberly-Clark's defenses, and their respective legal theories in support of those positions.

7.  A bona fide dispute exists between the Parties. However, Plaintiff recognizes and acknowledges the expense and time that would be required to prosecute this lawsuit through trial and appeals, particularly in light of the uncertainty of eventual success. Kimberly-Clark also acknowledges that further litigation would be time-consuming and expensive and has taken into account the uncertainty and risks inherent in any litigation. For these reasons, the Parties have agreed that it is desirable and beneficial that Plaintiff's claims be fully and finally settled in the manner and upon the terms and conditions set forth in the Settlement.

8.  The Parties agree that the terms of the Settlement are fair and equitable considering the disputed issues and the time, expense, and burden required by continued litigation.

Because the Settlement agreed to by the Parties is a fair and equitable compromise of a bona fide dispute, Kimberly-Clark and Plaintiff request that the Court approve the Settlement. Pending approval of the Settlement, the Parties seek final judgment dismissing the case, in its entirety, with prejudice, with each Party to bear its own costs except as otherwise provided for in the Settlement.

Dated:  May 31, 2019                                        Respectfully submitted,

                                                           */s/ Josh Sanford*
**Counsel for BRANDON ROONEY,
Individually and on Behalf of All Others
Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
ONE FINANCIAL CENTER
650 SOUTH SHACKLEFORD, SUITE 411
LITTLE ROCK, ARKANSAS 72211
TELEPHONE: (501) 221-0088
FACSIMILE: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com


                                                      */s/ Karl G. Nelson*
**Counsel for KIMBERLY-CLARK
CORPORATION, DEFENDANT**

Marshall S. Ney (ABA# 91108)
Mike S. Moore (ABA# 82112)
FRIDAY, ELDREDGE & CLARK, LLP
400 W. Capitol Ave., Ste. 2000
Little Rock, Arkansas 72201-3522
Telephone: 501-370-1526
Facsimile: 501-244-5348
mney@fridayfirm.com
mmoore@fridayfirm.com

                Karl G. Nelson
                Texas Bar No. 14900425
                GIBSON, DUNN & CRUTCHER LLP
                2100 McKinney Ave., Suite 1100
                Dallas, Texas 75201-6912
                Office: 214-698-3100
                Facsimile: 214-571-2900
                KNelson@gibsondunn.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing through the Court and notice was provided to all parties automatically and electronically.

                                                                */s/ Karl G. Nelson*